UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                     :
                                              :     16cr169 (WHP)
        -against-                             :
                                              :     ORDER
PEDRO SERRANO,                                :
        a/k/a/ "Louis Ortiz,"                 :
                                              :
                Defendant.                    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        For the reasons stated on the record at oral argument on July 28, 2017, both Serrano's and the Government's motions in limine are granted in part and denied in part.

        The parties are directed to provide a joint jury charge by August 2, 2017.

        The Clerk of Court is directed to terminate the motions pending at ECF Nos. 114 and 116.

Dated:  July 28, 2017               SO ORDERED:
         New York, New York

                                        _____
                                        WILLIAM H. PAULEY III
                                              U.S.D.J.